# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SCOTT GORDON, in his individual capacity and as the Personal Representative of the Estate of Ezra D Gordon,

Plaintiffs,

v.

EGTECHNOLOGY aka EGT TECHNOLOGY aka EGTECHNOLOGY LTD, and DRILLING TECHNIQUE LTD, et al.

Defendants

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 09-CV-034-TOR

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of plaintiff Robert Scott Gordon in the amount of $107,976.69; with judgment entered against defendant EGTechnology in the amount of $43,190.68 and against defendant Drilling Technique Ltd. in the amount of $32,393.01.

IT IS FURTHER ORDERED AND ADJUDGED, that judgment be entered in favor of plaintiff Caren Lee Trueblood in the amount of $107,500.00; with judgment entered against defendant EGTechnology in the amount of $43,000.00 and against defendant Drilling Technique Ltd. in the amount of $32,250.00.

August 7, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen